86 F.3d 599
 John DOE, Plaintiff-Appellee,
v.
SECURITIES AND EXCHANGE COMMISSION et al., Defendants-Appellants.
 Nos. 95-5862/6625.
 United States Court of Appeals,
Sixth Circuit.
 Decided Aug. 21, 1996.
 
 Before: MERRITT, Chief Judge; KENNEDY, MARTIN, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED, that the appellant file a supplemental brief not later than Wednesday, September 18, 1996, and the appellee file a supplemental brief not later than Wednesday, October 16, 1996. Reargument will be scheduled for Wednesday, December 4, 1996.